UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-156-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANDRE GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on an Unopposed Motion to Continue Sentencing, filed by Defendant Andre Glover. (#23). Having considered the matter and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Continue Sentencing (#23) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar after February 2020.

Signed: November 15, 2019

Max O. Cogburn Jr
United States District Judge